IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00896-BNB

CHRIS TILLOTSON,

    Plaintiff,

v.

PUEBLO STATE HOSPITAL,

    Defendant.

SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Chris Tillotson, initiated this action by filing *pro se* a letter to the court complaining that his teeth were damaged by a dentist at the Colorado State Hospital in 1985.  The instant action was commenced and, on April 9, 2013, the court entered an order directing Mr. Tillotson to cure certain deficiencies if he wishes to pursue any claims in this action.  More specifically, the court directed Mr. Tillotson to file on the proper form a Prisoner Complaint and either to pay the $350.00 filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    On April 17, 2013, Mr. Tillotson paid the filing fee and he submitted to the court a pleading that has been docketed as a prisoner complaint.  However, Mr. Tillotson has not filed a pleading using the court-approved Prisoner Complaint form as directed and as required by the court's local rules.  *See* D.C.COLO.LCivR 8.2A.  On May 8, 2013, Mr. Tillotson filed a letter to the court inquiring about the status of this case.  The court

advises Mr. Tillotson that he must file a Prisoner Complaint using the court-approved form if he wishes to pursue any claims in this action.  He will be given one more opportunity to do so.  Accordingly, it is

ORDERED that Mr. Tillotson cure the remaining deficiency by filing a Prisoner Complaint using the court-approved form **within thirty (30) days from the date of this order**.  It is

FURTHER ORDERED that Mr. Tillotson shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Tillotson fails to cure the remaining deficiency within the time allowed, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 9, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge